JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JESUS GARCIA,

        Plaintiff,

    vs.

MARGARITO ZAVALZA, AS TRUSTEE OF THE MARGARITO AND DORIS A. ZAVALZA REVOCABLE TRUST; and DOES 1 to 10,

        Defendants.

**Case No.: 2:26-cv-00257-BFM**
Assigned to Hon. Brianna Fuller Mircheff

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**

NOTICE OF VOLUNTARY DISMISSAL

Based on the request for dismissal without prejudice and for good cause

shown:

IT IS HEREBY ORDERED that the entire action be dismissed without

Prejudice.

SO ORDERED.

DATED: __4/21/2026__                    _____

Brianna Fuller Mircheff,
United States Magistrate Judge

-2-

NOTICE OF VOLUNTARY DISMISSAL